UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____
                                                                          )
Mark Blaylock,                                                )    Civ. No.   4:21-cv-00858
        Plaintiff,                                      )
                                                                          )
vs.                                                                      )
                                                                          )
Texas A & M University System,                   )
        Defendant.                                   )    Jury Trial Demanded
_____)

**Stipulation of Dismissal**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, plaintiff Mark Blaylock and defendant Texas A & M System, file this stipulation of dismissal with prejudice of all claims asserted in this litigation.

                Respectfully submitted,

                s/ Katherine L. Butler
                Federal I.D. No. 4734
                State Bar No. 03526300
                1128 Cortlandt Street
                Houston, Texas  77008
                (713) 526-5677
                Fax (888) 370-5038
                Email: kathy@butlerharris.com

                John Griffin, Jr.
                State Bar No. 08460300
                203 North Liberty Street
                Victoria, Texas 77901
                (361) 573-5500 – Telephone
                (361) 573-5040 – Telecopier
                Email: jwg@lawmgk.com

                Attorneys for Plaintiff

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division

/s/ *Jeffrey E. Farrell*
JEFFREY E. FARRELL
Texas Bar No. 00787453
Federal Bar No. 16842
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
General Litigation Division - 019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2120
Facsimile: (512) 320-0667
jeffrey.farrell@oag.texas.gov

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

**Certificate of Service**

I certify that a true and correct copy of this document has been served upon the Counsel for the Defendant via email on January 3, 2022.

/s/ Katherine L. Butler