United States District Court
Southern District of Texas
**ENTERED**
February 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK BLAYLOCK, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-00858 |
| TEXAS A & M UNIVERSITY SYSTEM, | § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is Plaintiff's Stipulation of Dismissal of Defendant. Doc. #15. It is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs.

It is so ORDERED.

FEB 0 7 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge